UNITED STATES of America,
Plaintiff—Appellee,

v.

Ronald EUSTACH, a/k/a Tony Stracan,
Defendant–Appellant.

No. 13–7910.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 24, 2014.

Decided: April 28, 2014.

Ronald Eustach, Appellant Pro Se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina; Nancy Chastain Wicker, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Eustach appeals from the district court's orders denying his motions for reconsideration of his criminal judgment filed under Fed.R.Civ.P. 59(e), 60(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Eustach,* No. 4:00–cr–00067–CMC–2 (D.S.C. Sept. 18 & Oct. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*